# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-55914 PSH
**Case Name:** RUMPF, GEORGE A.
**Taxpayer ID #:** 13-7540537
**Period Ending:** 11/09/07

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****44-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/07 | {1} | George A. Rumpf | per settlement | 1110-000 | 6,000.00 | | 6,000.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.42 | | 6,002.42 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-55914 Voided on 02/08/07 | 2300-003 | | 8.17 | 5,994.25 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-55914 Voided: check issued on 02/08/07 | 2300-003 | | -8.17 | 6,002.42 |
| 02/08/07 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-55914, Bond #016026455 | 2300-000 | | 8.17 | 5,994.25 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.98 | | 5,997.23 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.20 | | 6,000.43 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.31 | | 6,003.74 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.31 | | 6,007.05 |
| 06/27/07 | {8} | A. George Rumpf | per order entered 6/26 | 1129-000 | 30,000.00 | | 36,007.05 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.63 | | 36,010.68 |
| 07/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 7.69 | | 36,018.37 |
| 07/12/07 | | To Account #********4466 | To prepare for final report | 9999-000 | | 36,018.37 | 0.00 |


EXHIBIT C

**Subtotals :** $36,026.54   $36,026.54

{} Asset reference(s)

Printed: 11/09/2007 02:52 PM   V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 05-55914 PSH | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** RUMPF, GEORGE A. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Taxpayer ID #:** 13-7540537 | **Account:** \*\*\*-\*\*\*\*\*44-65 - Money Market Account |
| **Period Ending:** 11/09/07 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 36,026.54 | 36,026.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 36,018.37 | |
| | | | **Subtotal** | | 36,026.54 | 8.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,026.54** | **$8.17** | |

{} Asset reference(s)

Printed: 11/09/2007 02:52 PM   V.9.55

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 05-55914 PSH
**Case Name:** RUMPF, GEORGE A.
**Taxpayer ID #:** 13-7540537
**Period Ending:** 11/09/07

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****44-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/07 | | From Account #********4465 | To prepare for final rerport | 9999-000 | 36,018.37 | | 36,018.37 |
| | | | ACCOUNT TOTALS | | 36,018.37 | 0.00 | $36,018.37 |
| | | | Less: Bank Transfers | | 36,018.37 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****44-65 | 36,026.54 | 8.17 | 0.00 |
| Checking # ***-*****44-66 | 0.00 | 0.00 | 36,018.37 |
| | $36,026.54 | $8.17 | $36,018.37 |

{} Asset reference(s)