**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| RUMPF, GEORGE A. | ) | |
| | ) | CASE NO. 05 B 55914 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

      At:  U.S. BANKRUPTCY COURT
           219 South Dearborn, Courtroom 644
           Chicago, Illinois 60604

      on:  **January 24, 2008**
      at:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                        $     36,026.54

    b. Disbursements                                   $          8.17

    c. Net Cash Available for Distribution$    36,018.37

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 4,352.65 | $ |
| Trustee | $ 0.00 | $ | $ 105.47 |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| Trustee's Firm Legal | $ 0.00 | $ 5,717.50 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 111.36 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,775.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 9 | Illinois Department of Revenue | $ 5,736.00 | $ 5,736.00 |
| 10 | Illinois Department of Revenue | $ 6,039.00 | $ 6,039.00 |

6. Claims of general unsecured creditors totaling $370,791.43, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $3.70%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | LaSalle Bank National Association | $ 105,187.59 | $ 3,888.29 |
| 2 | SUSAN RUMPF | $ 130,000.00 | $ 4,805.48 |
| 3 | Chase Bank USA, N.A. | $ 18,176.40 | $ 671.89 |
| 4 | Alpine Electronics of America | $ 33,592.20 | $ 1,241.74 |
| 5 | Alpine Electronics of America | $ 37,593.37 | $ 1,389.65 |
| 6 | Citibank (South Dakota) N A | $ 12,224.68 | $ 451.89 |

| | | | |
|---|---|---|---|
| 7 | Citibank (South Dakota) N A | $ 1,848.29 | $ 68.32 |
| 8 | Lindenbaum Coffman Kurlander Brisky & Grippo, Ltd. | $ 32,168.90 | $ 1,189.13 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **December 11, 2007**    For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1             User: amcc7                 Page 1 of 1              Date Rcvd: Dec 11, 2007
Case: 05-55914                   Form ID: pdf002             Total Served: 27

The following entities were served by first class mail on Dec 13, 2007.
db          +George A Rumpf,    2331 Peachtree Lane,   Northbrook, IL 60062-3547
aty         +Joseph E Cohen,    Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty         +Laura Barrientos-DuVall,   Leibowitz Law Center,   420 W. Clayton St.,   Waukegan, IL 60085-4216
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
10264753    +Alpine Electronics of America,    Intercontinental Financial Service,
              6615 E Pacific Coast Hwy Ste 100,    Long Beach CA 90803-4215
10264754    +BANK FINANCIAL,    c/o Baker, Miller, Markoff & Krasne,   29 N. Wacker Dr., 5th Floor,
              Chicago, IL 60606-3227
10264755     BANK ONE/CHASE,    Cardmember Service,   P. O. Box 15153,   Wilmington, DE 19886-5153
10264756     CITIBANK,   P. O. Box 688909,    Des Moines, IA 50368-8909
10264758     CITICARDS (SEARS),    8725 West Sahara Avenue,    The Lakes, NV 89163-0001
10264759    +CLARION CORPORATION OF AMERICA,    661 W. Redondo Beach Blvd.,   Gardena, CA 90247-4201
10755932    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10859163     Citibank (South Dakota) N A,    Citibank/CHOICE,   Exception Payment Processing,   P O Box 6305,
              The Lakes NV 88901-6305
10264760    +FREMONT INVESTMENT & LOAN,    P. O. Box 19030,   San Bernardino, CA 92423-9030
10264761     GMAC Payment Processing Center,    P. O. Box 78369,    Phoenix, AZ 85062-8369
10264762    +GREAT BANK,    234 South Randall Road,   Algonquin, IL 60102-9706
10485845    +Hazelden,    P O Box 11,   Center City MN 55012-0011
11195562    +Illinois Department of Revenue,    Greg Walker Field Compliance,   200 S Wyman St,
              Rockford IL 61101-1231
11386843    +Illinois Department of Revenue,    Bankruptcy Section,   100 West Randolph Street  Level 7-400,
              Chicago, Illinois 60601-3218
10264763     KOHL'S DEPT. STORES,    N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
10264765    +LITTON LOAN SERVICING,    4828 Loop Central Drive,   Houston, TX 77081-2166
10264764    +LaSALLE BANK,    c/o Latimer, LeVay, Jurasek, LLC,    55 W. Monroe St., Ste 1100,
              Chicago, IL 60603-5128
10748278    +LaSalle Bank National Association,    c/o Sheryl A. Fyock,   Latimer LeVay Jurasek LLC,
              55 West Monroe Street,    Suite 1100,   Chicago, Illinois 60603-5128
10863724    +Lindenbaum Coffman Kurlander Brisky & Grippo, Ltd.,    c/o Whitman H. Brisky,   Mauck & Baker, LLC,
              One North LaSalle Street #600,    Chicago, Illinois 60602-3981
10485846    +Lindenbaum, Coffman, Kurlander,,    Brisky & Grippo Ltd,   155 N Michigan Ave Ste 620,
              Chicago IL 60601-7669
10264766     MBNA Platinum Plus,    P. O. Box 15469,   Wilmington, DE 19886-5469
10264767    +NORTHBROOK BANK & TRUST COMPANY,    1100 Waukegan Road,   Northbrook, IL 60062-4663
10264768    +SUSAN RUMPF,    830 Cedar Lane,   Northbrook, IL 60062-3538

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10751030     Lindenbaum Coffman Kurlander Brisky & Grippo, LLC
10264757*    CITIBANK,   P. O. Box 688909,    Des Moines, IA 50368-8909
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 13, 2007**              **Signature:** _/s/ Joseph Speetjens_