IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| RUMPF, GEORGE A. | ) | |
| | ) | CASE NO. 05 B 55914 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 4,352.65 |
| 2. | Trustee's expenses | $ | 105.47 |
| | TOTAL | $ | 4,458.12 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated: 1-24-08

ENTERED: _____
PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05 B 55914 |
| | ) | |
| GEORGE RUMPF, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO LEIBOWITZ LAW CENTER, ATTORNEYS FOR CHAPTER 7 TRUSTEE, ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 49 ]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 5,717.50 | TOTAL COSTS REQUESTED: | $ 111.36 |
| TOTAL FEES REDUCED: | $ 138.25 | TOTAL COSTS REDUCED: | $ 6.00 |
| TOTAL FEES ALLOWED: | $ 5,579.25 | TOTAL COSTS ALLOWED: | $ 105.36 |

**TOTAL FEES AND COSTS ALLOWED:   $ 5,684.61**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

### (2)   Reimbursement Limited to Actual, Necessary Expenses

The court denies the allowance of reimbursement for expenses which were not actually and necessarily incurred by the applicant. See 11 U.S.C. §§ 330(a)(1)(B) and 331.

### (7)   Lumping

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

### (12)   Clerical Work Not Compensable

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the

professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

IT IS SO ORDERED.

ENTERED:

Date:     **JAN 2 4 2008**        _/s/ Pamela S. Hollis_

PAMELA S. HOLLIS
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| **RUMPF, GEORGE A.** | ) | |
| | ) | CASE NO. 05 B 55914 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| **Debtor(s)** | ) | |

**DISTRIBUTION REPORT**

I, DAVID P. LEIBOWITZ, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---:|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 10,392.73 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 11,775.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 13,850.64 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 36,018.37 |

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 1. TYPE OF CLAIMS | | |

**EXHIBIT D**

| | | | |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| **2.** | **TYPE OF CLAIMS** | | |
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $10,392.73 | 100.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | DAVID P. LEIBOWITZ, TRUSTEE FEES | 4,352.65 | 4,352.65 |
| | DAVID P. LEIBOWITZ, TRUSTEE EXPENSES | 105.47 | 105.47 |
| | Clerk of Court, Adversary Filing Fee | 250.00 | 250.00 |
| | LEIBOWITZ LAW CENTER, Attorney for Trustee Fees | 5,579.25 | 5,579.25 |
| | LEIBOWITZ LAW CENTER, Attorney for Trustee Expenses | 105.36 | 105.36 |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| **3.** | **TYPE OF CLAIMS** | | |
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | **TOTAL AMOUNT** | **FINAL DIVIDEND%** |
|---|---|---|---|
| **4.** | **TYPE OF CLAIMS** | | |

**EXHIBIT D**

| | | | OF CLAIMS | |
|---|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| CLAIM NUMBER | | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | | TOTAL AMOUNT | FINAL |
|---|---|---|---|---|
| 5. | TYPE OF CLAIMS | | OF CLAIMS | DIVIDEND% |
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | | TOTAL AMOUNT | FINAL |
|---|---|---|---|---|
| 6. | TYPE OF CLAIMS | | OF CLAIMS | DIVIDEND% |
| | §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| CLAIM NUMBER | | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | | TOTAL AMOUNT | FINAL |
|---|---|---|---|---|
| 7. | TYPE OF CLAIMS | | OF CLAIMS | DIVIDEND% |
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**EXHIBIT D**

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $11,775.00 | 100.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**EXHIBIT D**

| | | | |
|---|---|---:|---:|
| 9 | Illinois Department of Revenue | 5,736.00 | 5,736.00 |
| 10 | Illinois Department of Revenue | 6,039.00 | 6,039.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $370,791.43 | 3.70% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | LaSalle Bank National Association | 105,187.59 | 3,929.21 |
| 2 | SUSAN RUMPF | 130,000.00 | 4,856.05 |
| 3 | Chase Bank USA, N.A. | 18,176.40 | 678.97 |
| 4 | Alpine Electronics of America | 33,592.20 | 1,254.81 |
| 5 | Alpine Electronics of America | 37,593.37 | 1,404.27 |
| 6 | Citibank (South Dakota) N A | 12,224.68 | 456.64 |
| 7 | Citibank (South Dakota) N A | 1,848.29 | 69.04 |
| 8 | Lindenbaum Coffman Kurlander Brisky & Grippo, Ltd. | 32,168.90 | 1,201.65 |

**EXHIBIT D**

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $4,135.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 9 | Illinois Department of Revenue | 1,521.00 | 0.00 |
| 10 | Illinois Department of Revenue | 2,614.00 | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

| §726(a)(5) - Interest | | | $0.00 | 0.00% |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CREDITORS** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 18. | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:    January 30, 2008        /s/ David P. Leibowitz
                                  DAVID P. LEIBOWITZ, Trustee

**EXHIBIT D**